UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DONALD MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-1207-TWP-DML |
| | ) | |
| INDIANA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING PAYMENT OF FILING FEE**

Donald Morris, a prisoner, seeks leave to proceed *in forma pauperis*. His submission shows that the average monthly deposits into his prisoner trust account during the past six months were $365.00.

Therefore, pursuant to 28 U.S.C. § 1915(b), the court:

(1) **grants** the plaintiff leave to proceed *in forma pauperis* [Dkt. 2];

(2) **orders** the plaintiff Donald Morris, DOC # 901151, to immediately pay (and the facility having custody of him to automatically remit) **$12.17** to the clerk of this court as payment of the initial partial filing fee; and

(3) **orders** the plaintiff to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full.

The payments shall be sent to the Clerk of this Court at 46 E. Ohio St., Indianapolis, Indiana, 46204. The appropriate cause number, 1:12-cv-1207-TWP-DML, should be placed on each payment sent to the Clerk.

A copy of this Entry shall be sent to the plaintiff, Superintendent of the Plainfield Correctional Facility, legal counsel for Indiana Department of Correction, and the financial deputy clerk.

**IT IS SO ORDERED.**

Date: 08/24/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Donald Morris
901151
Plainfield - CF
Inmate Mail/Parcels
727 Moon Road
Plainfield, IN 46168

Financial Deputy Clerk

Superintendent
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

Robert Bugher
Indiana Department of Correction
E-334, 302 West Washington Street
Indianapolis, IN 46204